# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Shelley Goodall )
)
Plaintiff, )
)
v. )
)
Chrysler World Headquarters )  Case No. 16-3228
)
Defendant(s). )

FILED
AUG 11 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

**II. PARTIES**

**Plaintiff:**

A.  Plaintiff, a citizen of Illinois (state), who resides at 317 E. Lincoln St. Edinburg IL. 62531, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.  Defendant Chrysler, Inc. is employed as a
(a) (Name of First Defendant)
Consumer Group - Chuck Fisher
(b) (Position/Title)
with Chrysler World Headquarters.
(c) (Employer's Name and Address)
1000 Chrysler Drive
Auburn Hills, Michigan 48326

*Check one of the following:*

☒ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated: I had a airbag tear a half dellar piece spraying me with the chemicals inside which has caused me permanent injuries to my body. I have a copy of a letter showing those toxic chemicals, & how Chrysler lied to me about the dangers inside their airbags.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.  Defendant_____is employed as a
                     (a) (Name of Second Defendant)

_____
                              (b) (Position/Title)
with_____.
                        (c) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D. Defendant_____is employed as a
(a) (Name of Third Defendant)

_____
(b) (Position/Title)

with_____.
(c) ) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? Yes ☐ ☒ No

B. If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1. Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2. Date of Filing:

    3. Case Number:

    4. Jurisdiction/Court:

    5. Name of Judge:

    6. Issues Raised:

    7. Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

    8. Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about 1/1/2009 (month,day,year), at approximately 10:30 A.M. ☒ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) a intersection So. Grand Ave/5th St., in the County of Sangamon, in the State of Illinois, at Spfld. Il.,
where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;
- ☒ failed to provide plaintiff with necessary medical care;
- ☐ conspired together to violate one or more of plaintiff's civil rights;
- ☒ other *(please explain)*: Never would give me the MSDS Sheet I asked for at the time of the wreck. Didn't receive the MSDS Sheet until this year.

2. Plaintiff was charged with one or more crimes, specifically: No charges - I was T-Boned in a auto wreck.

3. The criminal proceedings *(check the box that applies)*:

- ☐ are still pending.
- ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
- ☐ resulted in a finding of guilty on one or more of the charges.
- ☒ other: None against me

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

My airbag tore a half dollar piece in the middle spraying me with deadly chemicals inside. The chemicals damaged my airways and I have traumatic glucoma in both eyes with some vision loss, as well as having 2nd degree burns to my face, chest, neck, scalp + it left scars. I was also diagnosed with white spots on the left side of my brain, which caused me to have a mini stroke this year. I have been ill since being exposed and it seems to be getting worse. Im under the care of many specialist because of this. Had they given me the MSDS sheet at the time of this wreck maybe my doctors could've treated better. By the time I got this MSDS sheet the damage was already done. There is no cure or antidote for these chemicals either.

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows: Damaged airways, glucoma to both eyes, scars on face, Red rash that comes + goes to the areas exposed, spots on my left side of brain as well as having had a ministroke, Blood pressure issues from my lungs.

7. Plaintiff asks that this case be tried by a jury. ☒Yes   ☐ No

6

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $1,000,000,000 to compensate for *(check all that apply)*:

    - ☑ bodily harm
    - ☑ emotional harm
    - ☑ pain and suffering
    - ☑ loss of income
    - ☑ loss of enjoyment of life
    - ☑ property damage

2. Punitive Damages:   ☑ Yes   ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 8/11/2016

Signature of Plaintiff: *Shelley Mae Goodall*

Plaintiff's Name *(print clearly or type)*: Shelley Mae Goodall

Mailing Address: 317 East Lincoln St.

City: Edinburg   State: IL.   Zip: 62531

Plaintiff's Telephone Number: (317) 691-0337

7



Customer Claims Resolution Group

January 07, 2009

MS SHELLY M BURG
3014 S 12TH ST
SPRINGFIELD, IL 62703-4110

Dear MS BURG;

Thank you for contacting Chrysler LLC regarding your 1996 CHRYSLER SEBRING JXI 2-DOOR CONVERTIBLE, VIN: 3C3EL55HXTT269546. We are currently in the process of reviewing your file. Our records, at this time, indicate the following information regarding your vehicle:

| | |
|---|---|
| CAIR Number: | 18216088 |
| Current Owner: | MS SHELLY M BURG |
| Purchased Used: | YES |
| Date of Purchase: | 01/28/2008 |
| Incomplete Recalls: | NONE |

If any of this information requires updating, please notify us at the following (toll free) number: 1-888-922-7329.

As we proceed with our review, one of our representatives may need to contact you for additional information about your vehicle.

For information, we expect to inform you of our decision within the next 12 business days. If you do not hear from us by then, please contact us (toll free) at: 1-888-922-7329.

**Note: If you have already settled with your insurance company, please notify us immediately at our 1-888-922-7329 (toll free) number.**

Thank you for your cooperation.

Customer Claims Resolution Group



Customer Claims Resolution Group

January 12, 2009

**Via U.S. Mail**

Shelly M Burg
3014 S. 12th Street
Springfield, IL 62703

**Re:** 1996 Chrysler Sebring Jxi **VIN:** 3C3EL55HXTT269546

Dear Shelly M Burg:

Thank you for contacting Chrysler LLC and raising concerns that you have with the above referenced vehicle. We are always concerned to hear of injuries and accidents involving our customers and their vehicles.

Chrysler LLC conducted an investigation into the incident and inspected the vehicle. Specifically, the inspector found no problems with the subject's air bag system. Air bags do not contain any chemicals. The burns you sustained were caused by the the 200 mph force of the deploying air bag. This is the amount of force madadted by Federal law. The powder you noticed was a talc powder that is used so that the folds of the air bag do not stick together. This talc is neccessary so that when needed, the air bags will deploy correctly, as they did in your accident.

I have enclosed an informational brochure pertaining to air bag systems should you have any further questions. In addition, Chrysler LLC notes the following website that contains uselful consumer information on air bag safety and includes animations on how they function during an accident:
http://www.safercar.gov/air.htm

Again, we are sorry to hear of your injuries and sincerely hope that you are well on the road to recovery.

Thank you again for raising your concerns with Chrysler LLC.

Very truly yours,

Customer Claims Resolution Group
Office of the General Counsel

Enclosure

```
66583000                Global Parts Order Processing              May 24, 2016
s99636j                 Material Safety Data Sheet                 16:49
                        LANDMARK CHRYSLER JEEP INC
```

*(handwritten: for my car 1996 - Convert. 5x?)*

```
                              C H R Y S L E R
                        HAZARD COMMUNICATION SHEET
  2001745                                      PART/COMMTY CD: 0PH48SKB
  PREPARATION DATE: 03-29-05   STNDRD: N/AV    SUPPLIER: 12288  MFGR: 03500
  OSHA HAZ: NO                 HAZWOPER HAZ: YES  CONS PROD/HAZ SUB: NO
  ------------------------------------------------------------------------
                  *** SECTION 01 - PRODUCT INFORMATION ***
  ------------------------------------------------------------------------
  MFG BY: PART SALES & SERVICE           FCA US LLC
          26311 LAWRENCE AVE    CENTERLINE    MI    48015
          EMERGENCY PHONE: 248-512-8002          AFTER HOURS: 248-576-8888
  DIST BY: PART SALES & SERVICE          FCA US LLC
          26311 LAWRENCE AVE    CENTERLINE    MI    48015
          EMERGENCY PHONE: 248-512-8002          AFTER HOURS: 248-576-8888
  FCA US LLC INDUSTRIAL HYGIENE: 248-512-8260    AFTER HOURS: 248-576-8888
  BRAND NAME: MOPAR AIRBAG INFLATOR
  MFG ID   : N/AV
  DESCRIPTION: MODULE ASSY-DRIVER AIR BAG
  ------------------------------------------------------------------------
                      *** SECTION 02 - INGREDIENTS ***
  ------------------------------------------------------------------------
  HAZARDOUS INGREDIENTS:                PERCENT
  COMM NAME / CAS NO & CHEM NAME:       BY WGT   OSHA ACGIH CHRYS UNITS NOTATIONS
                          ***EXISTING INGREDIENTS***
  COPPER MONOXIDE                       30-60  W   1     1     1   MG/M3
  001317-38-0  COPPER OXIDE (CUO) (                                       T
  SODIUM AZIDE                          60-100 W  N/AP  N/AP  N/AP N/AP S
  026628-22-8  SODIUM AZIDE (NA(N3)                                      T
                                              C 0.300 0.290 0.290
  POTASSIUM NITRATE                     1-5    W  N/AP  N/AP  N/AP N/AP
  007757-79-1  NITRIC ACID POTASSIU
  BORON (8CI9CI)                        0.1-1.0 W N/AP  N/AP  N/AP N/AP
  007440-42-8  BORON (8CI9CI)
  GENERIC DESC: A POWDERED MIXTURE OF SODIUM AZIDE AND ADDITIVES IN A SEALED
  METAL CONTAINER.
  ------------------------------------------------------------------------
                      *** SECTION 03 - PHYSICAL DATA ***
  ------------------------------------------------------------------------
  BOILING POINT :   N/AP              SOLUB IN WATER: APPRECIABLE ( > 10% )
  VAPOR PRESSURE: N/AP                EVAP. RATE: N/AP   REF: N/AP
  VAPOR DENSITY : N/AP                SPECIFIC GRAVITY:  2.500 AT N/AV
  PH AT FULL STRENGTH:    N/AP        PH AT REC. DILUT:  N/AP
  %VOLATILE BY VOL   : N/AP           VOLATILE ORGANIC COMP: N/AP    N/AP
  ODOR THRESHOLD:  N/AP     PPM FOR       % POPULATION
  FREEZING POINT:    N/AP             COEFF. OF WATER/OIL DIST: N/AV
  APPEARANCE & ODOR: COLOR: GREY..... STATE: POWDER...../FORM: PELLETS.....,
                    FORM: SEALED METALLIC CANISTER......-ODOR: ODORLESS......
```

Page 1 of 5

66583000
s99636j

**Global Parts Order Processing**
**Material Safety Data Sheet**
**LANDMARK CHRYSLER JEEP INC**

May 24, 2016
16:49

```
-----------------------------------------------------------------------
                *** SECTION 04 - FIRE AND EXPLOSION DATA ***
-----------------------------------------------------------------------
FLASH POINT:   N/AP      N/AP   IGN TEMP:    350 F  LEL: N/AP    UEL: N/AP
SPECIAL FIRE & EXPLOSION HAZARDS:
   KEEP CONTAINERS TIGHTLY CLOSED. SEALED CONTAINERS WILL NOT FIRE UNLESS
   HEATED TO A HIGH TEMPERATURE OR CONFIGURED FOR ELECTRICAL IGNITION. STATIC
   DISCHARGE, IMPACT, FRICTION AND HEAT MAY IGNITE EXPOSED GENERANT PELLETS.
EXTINGUISHING MEDIA:
   FIRES INVOLVING SEALED UNITS MAY BE FOUGHT WITH CARBON DIOXIDE, DRY
   CHEMICAL, HALON OR OTHER STANDARD EXTINGUISHING MEDIA, INCLUDING WATER.
SPECIAL FIREFIGHTING PROCEDURES:
   IF NOT THREATENING TO LIFE OR PROPERTY, FIRES SHOULD BE ALLOWED TO BURN
   THEMSELVES OUT. IF FIRE IS THREATENING TO LIFE OR PROPERTY, USE LARGE
   AMOUNTS OF WATER. EVACUATE ALL PERSONNEL AND STAY UPWIND. USE PROTECTIVE
   CLOTHING. USE SELF-CONTAINED BREATHING APPARATUS WITH A FULL FACEPIECE
   OPERATED IN PRESSURE DEMAND OR OTHER POSITIVE PRESSURE MODE. USE WATER TO
   COOL FIRE EXPOSED CONTAINERS. REMOVE CONTAINERS FROM FIRE AREA IF POSSIBLE.
SENSITIVE TO MECHANICAL IMPACT?: YES      SENSITIVE TO STATIC DISCHARGE?: N/AV
HAZARDOUS COMBUSTION PRODUCTS:
   DENSE SMOKE, OXIDES OF SODIUM, COPPER AND NITROGEN, AND SODIUM HYDROXIDE.
   MAY YIELD SMALL AMOUNTS OF HYDRAZOIC ACID UNDER ACIDIC CONDITIONS.
FLAME PROJECTION:  N/AP
-----------------------------------------------------------------------
                *** SECTION 05 - HEALTH HAZARD DATA ***
-----------------------------------------------------------------------
EFFECTS OF OVEREXPOSURE - ACUTE & CHRONIC:
   THE TAMPER RESISTANT SEALED METAL CONTAINER POSES NO HEALTH HAZARD. HOWEVER
   IF THE CONTAINER IS RUPTURED PRIOR TO FIRING, A POTENTIAL EXPOSURE EXISTS.
   <<---INHALATION--->> DUST-ACUTE EXPOSURE MAY PRODUCE THE FOLLOWING: MUCOUS
   MEMBRANE IRRITATION, LOW BLOOD PRESSURE, HEADACHE, BRONCHIAL IRRITATION,
   NAUSEA, BREATHING DIFFICULTIES, FAINTING AND VISUAL DISTURBANCES. HIGH
   CONCENTRATION MAY PRODUCE THE FOLLOWING: DEATH. CHRONIC EXPOSURE MAY PRODUCE
   THE FOLLOWING: ULCERATED NASAL SEPTUM AND CYANOSIS (A BLUE APPEARANCE OF THE
   SKIN, ESPECIALLY ON THE FACE, HANDS AND FEET, FROM TOO LITTLE OXYGEN TO
   THESE PARTS OF THE BODY) <<---SKIN CONTACT--->> MAY BE ABSORBED THROUGH
   SKIN. SEE SYMPTOMS OF OVEREXPOSURE FOR THE FOLLOWING: INHALATION. CHRONIC
   EXPOSURE MAY PRODUCE THE FOLLOWING: DERMATITIS. MAY CAUSE SENSITIZATION.
   <<---EYE CONTACT--->> DIRECT CONTACT MAY PRODUCE THE FOLLOWING: DAMAGE TO
   EYE TISSUE <<---INGESTION--->> MAY BE HARMFUL OR FATAL IF SWALLOWED.
   INGESTION, INHALATION, OR SKIN ABSORPTION-MAY PRODUCE THE FOLLOWING: LOW
   BLOOD PRESSURE AND/OR RAPID PULSE OR HEART BEAT. <<---SPECIAL TOXICITY--->>
   BIOASSAYS (TESTS ON BACTERIA) HAVE SHOWN THAT A COMPONENT OR COMPONENTS OF
   THIS PRODUCT MAY CAUSE MUTATIONS. STUDIES OF LABORATORY ANIMALS HAVE SHOWN
   THAT COMPONENTS OF THIS PRODUCT MAY CAUSE THE FOLLOWING: DAMAGE TO THE
   NERVOUS SYSTEM AND/OR BRAIN DAMAGE. <<---MEDICAL CONDITIONS WHICH MAY BE
   AGGRAVATED BY THIS PRODUCT--->> LUNG OR RESPIRATORY TRACT DISORDERS., SKIN
```

66583000
s99636j

**Global Parts Order Processing
Material Safety Data Sheet
LANDMARK CHRYSLER JEEP INC**

May 24, 2016
16:49

```
   DISORDERS AND HEART PROBLEMS.
EMERGENCY FIRST AID PROCEDURES:
   <<---INHALATION--->> REMOVE TO FRESH AIR AT ONCE. ARTIFICIAL RESPIRATION IF
   BREATHING HAS STOPPED. CARDIAC RESUSCITATION IF INDICATED. CONTACT A
   PHYSICIAN. <<---SKIN CONTACT--->> REMOVE CONTAMINATED CLOTHING. WASH WITH
   SOAP AND WATER. CONTACT A PHYSICIAN. <<---EYE CONTACT--->> RINSE EYES
   IMMEDIATELY WITH LARGE AMOUNTS OF WATER, OCCASIONALLY LIFTING BOTH UPPER AND
   LOWER LIDS. CONTINUE FOR 15 MINUTES. CONTACT A PHYSICIAN.
   <<---INGESTION--->> GIVE LARGE QUANTITIES OF WATER OR MILK. INDUCE VOMITING
   BY HAVING PERSON TOUCH BACK OF THROAT WITH FINGER. CONTACT A PHYSICIAN. DO
   NOT MAKE UNCONSCIOUS PATIENT VOMIT. NEVER GIVE ANYTHING BY MOUTH TO AN
   UNCONSCIOUS PERSON.
-------------------------------------------------------------------------------
                      *** SECTION 06 - REACTIVITY DATA ***
-------------------------------------------------------------------------------
STABILITY: STABLE
CONDITIONS TO AVOID:
   IF PELLETS ARE EXPOSED, AVOID SHOCK, IMPACT, FRICTION AND SOURCES OF
   IGNITION. DO NOT IMMERSE EXPOSED PELLETS IN WATER. THE SEALED CONTAINER WILL
   NOT FIRE UNLESS HEATED TO TEMPERATURES ABOVE 300 F (149 C) OR CONFIGURED FOR
   ELECTRICAL IGNITION.
MATERIALS TO AVOID:
   STRONG OXIDIZING AGENTS. A RUPTURED UNIT CONTAINS CHEMICALS INCOMPATIBLE
   WITH ORGANIC AND INORGANIC ACIDS, HEAVY METALS, METAL SALTS AND HALOGENS.
   UNDER NORMAL FIRING CONDITIONS, THE ENVIRONMENT WILL BE ALKALINE. HOWEVER,
   RUPTURED UNITS MUST NOT BE IMMERSED IN WATER OR EXPOSED TO ACIDIC
   CONDITIONS, AS HYDRAZOIC ACID & OTHER GASES MAY BE EVOLVED. LIQUID SOLUTIONS
   OF THESE CHEMICALS MUST NOT BE ALLOWED TO CONTACT METALS OR METAL PLUMBING
   AS THEY WILL REACT TO FORM SENSITIVE PRIMARY EXPLOSIVES.
HAZARDOUS POLYMERIZATION: WILL NOT OCCUR
POLYMERIZATION CONDITIONS TO AVOID:
   POLYMERIZATION WILL NOT OCCUR.
HAZARDOUS DECOMPOSITION PRODUCTS:
   PELLETS DECOMPOSE TO OXIDES OF SODIUM AND NITROGEN ON HEATING TO
   DECOMPOSITION. DEPLOYMENT MAY RELEASE SODIUM HYDROXIDE AND BAKING SODA.
-------------------------------------------------------------------------------
                   *** SECTION 07 - SPILL OR LEAK PROCEDURES ***
-------------------------------------------------------------------------------
STEPS TO BE TAKEN IF MATERIAL IS RELEASED OR SPILLED:
   NO SPECIAL PRECAUTIONS ARE NECESSARY FOR HANDLING A SEALED (I.E.
   UNDEPLOYED) INFLATOR, ALTHOUGH IT SHOULD BE INSPECTED CAUTIOUSLY TO ENSURE
   THAT IT HAS NOT RUPTURED. IF INFLATOR IS RUPTURED PRIOR TO FIRING AND A
   POTENTIAL EXISTS FOR EXPOSURE TO THE PELLETS, EVACUATE NON-ESSENTIAL
   PERSONNEL FROM THE IMMEDIATE SPILL AREA AND ELIMINATE ALL SOURCES OF
   IGNITION. USE NON-SPARKING TOOLS TO REMOVE PELLETS. IF THE PELLETS BECOME
   MIXED WITH WATER, KEEP THE WATER MIXTURE ALKALINE TO PREVENT THE RELEASE OF
   HYDRAZOIC ACID. DO NOT FLUSH INTO SEWER SYSTEM.
```

66583000
s99636j

**Global Parts Order Processing**
**Material Safety Data Sheet**
**LANDMARK CHRYSLER JEEP INC**

May 24, 2016
16:49

WASTE DISPOSAL METHODS:
  IF INFLATOR IS NOT DEFECTIVE, REMOTE FIRING MAY BE RECOMMENDED PRIOR TO
  DISPOSAL PROCEDURES. FIRED INFLATOR CANISTERS CONTAIN SMALL AMOUNTS OF
  METALLIC SODIUM AND SHOULD BE ISOLATED FROM COMBUSTIBLE AND FLAMMABLE
  MATERIALS. A FIRED UNIT IS NOT REGULATED BY DOT OR RCRA. UNITS WHICH HAVE
  NOT BEEN FIRED CONTAIN SODIUM AZIDE, WHICH IS WATER SOLUBLE AND IS HIGHLY
  TOXIC TO FISH. PROPELLANT, AND WATER CONTAMINATED WITH PROPELLANT, MUST NOT
  BE RELEASED TO SEWERS, GROUND WATER, OR SOIL. DISPOSE OF IN A MANNER
  CONSISTENT WITH STATE, PROVINCIAL, LOCAL, AND FEDERAL REGULATIONS.
-------------------------------------------------------------------------
                    *** SECTION 08 - SPECIAL PROTECTION ***
-------------------------------------------------------------------------
RESPIRATORY PROTECTION:
  NO SPECIAL PROTECTION NEEDED UNDER NORMAL CONDITIONS.. THIS EQUIPMENT MAY
  BE NEEDED IF DUST IS GENERATED WHILE HANDLING. AND. THIS EQUIPMENT MAY BE
  NEEDED FOR REACTION AND/OR DECOMPOSITION PRODUCTS. MAY REQUIRE THE
  FOLLOWING: RESPIRATOR-TOXIC DUST AND MIST OR AIRLINE RESPIRATOR.
VENTILATION TYPE:
  NO SPECIAL PROTECTION NEEDED UNDER NORMAL CONDITIONS.. THIS EQUIPMENT MAY
  BE NEEDED IF DUST IS GENERATED WHILE HANDLING. AND. THIS EQUIPMENT MAY BE
  NEEDED FOR REACTION AND/OR DECOMPOSITION PRODUCTS. MAY REQUIRE THE
  FOLLOWING: LOCAL EXHAUST VENTILATION. EXPLOSION-PROOF VENTILATION EQUIPMENT.
PROTECTIVE GLOVES:
  NO SPECIAL PROTECTION NEEDED UNDER NORMAL CONDITIONS.. THIS EQUIPMENT MAY
  BE NEEDED IF DUST IS GENERATED WHILE HANDLING. AND. THIS EQUIPMENT MAY BE
  NEEDED FOR REACTION AND/OR DECOMPOSITION PRODUCTS. MAY REQUIRE THE
  FOLLOWING: NEOPRENE GLOVES, NITRILE RUBBER GLOVES, NATURAL RUBBER GLOVES OR
  POLYVINYLCHLORIDE (PVC) GLOVES.
EYE PROTECTION:
  RECOMMENDED.  SAFETY GLASSES WITH SIDE SHIELDS OR CHEMICAL GOGGLES.
OTHER PROTECTIVE EQUIPMENT:
  . THIS EQUIPMENT MAY BE NEEDED IF DUST IS GENERATED WHILE HANDLING. OR.
  THIS EQUIPMENT MAY BE NEEDED FOR POSSIBLE EXPOSURE TO COMBUSTION PRODUCTS.
  ALL SKIN CONTACT MUST BE AVOIDED. PROTECTIVE EQUIPMENT MUST BE WORN AT ALL
  TIMES DURING PRODUCT USE IF SKIN CONTACT IS POSSIBLE.
-------------------------------------------------------------------------
                    *** SECTION 09 - SPECIAL PRECAUTIONS ***
-------------------------------------------------------------------------
PRECAUTIONS TO BE TAKEN IN HANDLING & STORAGE:
  STORE IN A COOL, DRY PLACE. USE WITH ADEQUATE VENTILATION. KEEP FROM HEAT,
  SPARK OR OPEN FLAMES. AVOID MECHANICAL SHOCK. REACTS WITH METALS.
  INFLATOR/PRETENSIONER CHEMICALS SHOULD BE HANDLED AND CONTROLLED ONLY BY
  PERSONNELL PROPERLY TRAINED AND AUTHORIZED TO HANDLE THESE ITEMS. DO NOT
  IMMERSE DAMAGED INFLATOR IN WATER. NEVER WRAP ARMS AROUND AN AIRBAG MODULE
  WHEN CARRYING. ALWAYS ENSURE THE DEPLOYMENT DOORS ARE FACING AWAY FROM THE
  BODY TO AVOID POTENTIAL SERIOUS BODILY INJURY IN THE EVENT OF A DEPLOYMENT.
  ALWAYS PLACE MODULE WITH DEPLOYMENT DOORS FACING UP. IF THE DOORS ARE FACING

66583000
s99636j

**Global Parts Order Processing**
**Material Safety Data Sheet**
**LANDMARK CHRYSLER JEEP INC**

May 24, 2016
16:49

```
    DOWN, THE MODULE CAN BECOME A DANGEROUS PROJECTILE. ALWAYS MAINTAIN THE
    SQUIB SHUNT (ELECTRICAL GROUND). KEEP INFLATORS/PRETENSIONERS AWAY FROM
    ELECTRICAL EQUIPMENT. ELECTRICAL CONTACT CAUSES IGNITION. DO NOT CUT, DRILL,
    WELD OR MODIFY THE ASSEMBLY. NEVER TRY TO DISASSEMBLE. DO NOT CONNECT TO AN
    INAPPROPRIATE ELECTRICAL POWER      SOURCE. ONLY CONNECT TO ONBOARD
    ELECTRONICS OR APPROVED TEST DEVICE.
OTHER PRECAUTIONARY MEASURES:
    AVOID BREATHING DUST. AVOID PROLONGED OR REPEATED SKIN CONTACT. AVOID EYE
    CONTACT. AVOID INGESTION. DO NOT SMOKE OR EAT WHEN HANDLING THIS SUBSTANCE;
    WASH THOROUGHLY AFTER USING. MAINTAIN GOOD HOUSEKEEPING AND HYGIENIC
    PRACTICES. IF INFLATORS ARE MANUALLY DEPLOYED, HEARING PROTECTION WITH A
    NOISE REDUCTION RATING GREATER THAN 30 DECIBELS SHOULD BE EMPLOYED.
-------------------------------------------------------------------------------
                *** SECTION 10 - WASTE LABELING INFORMATION ***
-------------------------------------------------------------------------------
DOT LABELING INFORMATION (49 CFR 100-199)
  ID#: UN3268 ERG#: 171 HAZARD CLASS - PRMY: 9     PACKING GROUP: N/AP
  PROPER SHIPPING NAME:  WASTE SAFETY DEVICES
  RQ - NAME/SPILL LIMIT (LBS): SODIUM AZIDE\ 1,562|
    <*> REFER TO EXPLANATIONS PAGE - ITEM R.Q. SPILL LIMITS.
  LABEL(S) REQUIRED:  CLASS 9
RCRA INFORMATION (40 CFR 122-124, 260-265)
  WASTE CODE(S)/HZD:     P105/H  | MICH: 001D
  THE ABOVE INFORMATION IS BASED ON DATA PROVIDED BY SUPPLIERS AND IS NOT BASE
  ON LABORATORY ANALYSIS.  TESTING IS RECOMMENDED.
```